James V. LOWERY, Plaintiff—
Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant—Appellee.

No. 06–2192.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 29, 2007.

Decided: Sept. 14, 2007.

Jeffrey R. Scholnick, Hood & Scholnick, P.A., Towson, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James V. Lowery appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits.* We must uphold the decision to deny bene-

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).

fits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the materials submitted in the joint appendix and the parties' briefs and find no reversible error. Accordingly, we affirm. *See Lowery v. Barnhart*, No. 1:05–cv–03424–BPG (D.Md. Sept. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*